IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA

      vs.               CASE NO. 4:10cr00064-01 JMM

REGINA SWINT
USM Number: 25834-009


AMENDED JUDGMENT & COMMITMENT

Due to a clerical error, the judgment and commitment entered in this case on February 2, 2011 (DE #23), is amended.  The correct United States Marshal Number is 25834-009.  The Criminal Monetary Penalties (Page 5) of the Judgment is also amended to reflect the correct total of the Assessment imposed is $200.00.

The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to Counsel, the United States Probation Office,  the United States Marshals Office and the Financial Section of the Clerk's Office.

IT IS SO ORDERED this 13th day of April, 2011.


_____
UNITED STATES DISTRICT JUDGE